UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-61186-JB

REMY J. FELIZOR

         Plaintiff,

   v.

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., and TRANS UNION, LLC,

         Defendants.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on a *sua sponte* examination of the record. On September 16, 2024, this Court issued an Order requiring Plaintiff, by no later than September 20, 2024, to file his Certificate of Interested Parties and Corporate Disclosure Statement in accordance with this Court's Paperless Order Regarding Procedures in ECF No. [14]. *See* ECF No. [18]. The Court advised that "[f]ailure to comply with result in dismissal of this case without prejudice and without further notice." ECF No. [18]. To date, Plaintiff has not complied. Accordingly, it is

**ORDERED AND ADJUDGED** this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**